# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Autonomous Solutions, Inc. ) | ASBCA No. 59131 |
| ) | |
| Under Contract Nos. W56HZV-04-C-0017 ) | |
| W56HZV-04-C-0705 ) | |
| N00174-07-C-0047 ) | |

APPEARANCE FOR THE APPELLANT:    Daniel K. Brough, Esq.
                                                   Bennett Tueller Johnson & Deere, LLC
                                                   Salt Lake City, UT

APPEARANCE FOR THE GOVERNMENT:    E. Michael Chiaparas, Esq.
                                                   DCMA Chief Trial Attorney

## ORDER OF DISMISSAL

Appellant appealed from a 16 October 2013 contracting officer's final decision and the Board docketed the appeal as ASBCA No. 59131. By letter dated 27 January 2014, appellant requested to withdraw its appeal, stating that it had received notice from the government that the 16 October 2013 decision had been rescinded and withdrawn, rendering the appeal moot. Appellant further represented that government counsel does not object to appellant's withdrawal of its appeal. Accordingly, this appeal is dismissed.

Dated:  29 January 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59131, Appeal of Autonomous Solutions, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals